IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     23-CV-00834-NRN

AMY WARDLAW

    Plaintiff,

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, municipality;
DAVID PEARSON;
ROGELIO PACHECO; and
GEORGETTE BLACK;

    Defendants.

## ENTRY OF APPEARANCE

COMES NOW, Marni Nathan Kloster of Nathan Dumm & Mayer P.C., an attorney duly licensed to appear before this Court, and hereby enters her appearance as counsel on behalf of Defendant Town of Olathe.

DATED this 20th day of April, 2023.

                                    *s/Marni Nathan Kloster*
                                    Marni Nathan Kloster, #34947
                                    NATHAN DUMM & MAYER P. C.
                                    7900 E. Union Avenue, Suite 600
                                    Denver, CO 80237-2776
                                    Telephone: (303) 691-3737
                                    Facsimile: (303) 757-5106
                                    MKloster@ndm-law.com

## CERTIFICATE OF SERVICE

   I hereby certify that on this 20th day of April, 2023 I electronically filed the foregoing **ENTRY OF APPEARANCE** using the CM/ECF system which will send notification of such filing to the following:

Azra Taslimi
Felipe Bohnet-Gomez
2701 Lawrence St., Suite 100
Denver, CO 80205
(303) 578-4400 (t)
(303) 578-4401 (f)
at@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiff*

James Kadolph
3800 E Mexico Avenue, Suite 700
Denver, CO 80210
(303) 320-0509
jkadolph@sgrllc.com
*Attorney for Western CO Regional Dispatch Center*

Georgette Black
PO Box 547
Olathe, CO 81425
*Pro Se Defendant*

Rogelio Pacheco
435 6th Street
Olathe, CO 81425
*Pro Se Defendant*

David Pearson
*Pro Se Defendant*

                *s/Marni Nathan Kloster*
                Marni Nathan Kloster
                Attorneys for Defendant
                NATHAN DUMM & MAYER P.C.
                7900 E. Union Avenue, Suite 600
                Denver, CO 80237-2776
                Telephone: (303) 691-3737
                Facsimile: (303) 757-5106
                MKloster@ndm-law.com