IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     23-CV-00834-NRN

AMY WARDLAW

    Plaintiff,

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, municipality;
DAVID PEARSON;
ROGELIO PACHECO; and
GEORGETTE BLACK;

    Defendants.

## ENTRY OF APPEARANCE

COMES NOW, Nicholas C. Poppe of Nathan Dumm & Mayer P.C., an attorney duly licensed to appear before this Court, and hereby enters his appearance as counsel on behalf of Defendant Town of Olathe.

DATED this 20th day of April, 2023.

                                              *s/Nicholas C. Poppe*
                                              Nicholas C. Poppe, #47507
                                              NATHAN DUMM & MAYER P. C.
                                              7900 E. Union Avenue, Suite 600
                                              Denver, CO 80237-2776
                                              Telephone: (303) 691-3737
                                              Facsimile: (303) 757-5106
                                              NPoppe@ndm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2023 I electronically filed the foregoing **ENTRY OF APPEARANCE** using the CM/ECF system which will send notification of such filing to the following:

Azra Taslimi
Felipe Bohnet-Gomez
2701 Lawrence St., Suite 100
Denver, CO 80205
(303) 578-4400 (t)
(303) 578-4401 (f)
at@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiff*

James Kadolph
3800 E Mexico Avenue, Suite 700
Denver, CO 80210
(303) 320-0509
jkadolph@sgrllc.com
*Attorney for Western CO Regional Dispatch Center*

Georgette Black
PO Box 547
Olathe, CO 81425
*Pro Se Defendant*

Rogelio Pacheco
435 6th Street
Olathe, CO 81425
*Pro Se Defendant*

David Pearson
*Pro Se Defendant*

                                               *s/Nicholas C. Poppe*
                                               Nicholas C. Poppe
                                               Attorneys for Defendant
                                               NATHAN DUMM & MAYER P.C.
                                               7900 E. Union Avenue, Suite 600
                                               Denver, CO 80237-2776
                                               Telephone: (303) 691-3737
                                               Facsimile: (303) 757-5106
                                               NPoppe@ndm-law.com