IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00834-DDD-NRN

AMY WARDLAW

    Plaintiff(s),

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, a municipality;
DAVID PEARSON;
ROGELIO PACHECO; and
GEORGETTE BLACK;

    Defendant(s).

---

### GEORGETTE BLACK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

---

Defendant Georgette Black ("Black"), by and through her undersigned counsel, Josh A. Marks and David J. Goldfarb of Berg Hill Greenleaf Ruscitti LLP, and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully request a three-day extension of time, up to and including June 23, 2023, to answer or otherwise respond to Plaintiff's Complaint and Jury Demand ("Complaint") (ECF No. 1) as follows:[1]

    1.    Ms. Black waived and accepted service on April 18, 2023, requiring her to answer or otherwise respond to the complaint by June 20, 2023. See ECF No. 29.

---

[1] **Certificate of Conferral:** Pursuant to D.C.Colo.LCivR 7.1A., counsel for the Defendant Black has conferred with counsel for Plaintiff, Felipe Bohnet-Gomez, who indicated that Plaintiff does not oppose the relief requested herein.

2. Over the last three weeks, Mr. Goldfarb has been heavily involved depositions on a nearly daily basis in *Estate of Simon v. Van Beek, et. al*, U.S. District Court Case No. 21-cv-01923 and *Montoya v. City and County of Denver, et al.*, U.S. District Court Case No. 16-cv-01457-JLK-SKC, that taking and defending of which have demanded significant attention. During this same time, Mr. Marks has been traveling internationally.

3. Based on the above, an additional 3-day extension of time is, respectfully, needed. This extension would make the Response to Plaintiff's Complaint due on June 23, 2023.

4. Ms. Black has not previously requested this Court grant an extension of time in which to file an Answer or otherwise respond.

5. The relief requested in this Motion is unopposed and, thus, will not prejudice the Court or any Party, and will not affect the July 25, 2023 Scheduling Conference.

6. Pursuant to D.C.Colo.LCivR 6.1E., a copy of this Motion has been served upon Ms. Black and counsel of record.

WHEREFORE, Defendant Georgette Black respectfully requests that the Court grant this Unopposed Motion for Extension of Time, up to and including June 23, 2023, in which to file an Answer or otherwise respond.

Respectfully submitted this 16th day of June, 2023.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ David J. Goldfarb*
_____
David J. Goldfarb
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  djg@bhgrlaw.com
*Attorney for Defendant Georgette Black*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2023, I electronically filed the foregoing **GEORGETTE BLACK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Azra B. Taslimi
Felipe S. Bohnet-Gomez
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
at@rmlawyers.com
fbg@rmlawyers.com

Jonathan Abrahamson
Yulia Nikolaevskaya
Kissinger & Fellman, PC
3773 Cherry Creek North Drive, Suite 900
Denver, CO  80209
jonathan@kandf.com
julie@kandf.com

James Kadolph
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, CO  80210
jkadolph@sgrllc.com

Peter H. Doherty
Lasater & Martin, P.C.
8822 S. Ridgeline Blvd., Suite 405
Highlands Ranch, CO  80129
Peter@LasaterandMartin.com

Marni Nathan Kloster
Nicholas C. Poppe
Nathan, Dumm & Mayer, PC
7900 East Union Avenue, Suite 600
Denver, CO 80237
mnathan@nbdmlaw.com
npoppe@ndm-law.com

*s/ Cheryl Stasiak*

Cheryl Stasiak