# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00834

AMY WARDLAW,

    Plaintiff,

    v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, a municipality;
DAVID PEARSON;
ROGELIO PACHECO; and
GEORGETTE BLACK;

    Defendants.

_____

## Notice of Filing of Amended Complaint
_____

Pursuant D.C.COLO.LCivR 15.1, Plaintiff Amy Wardlaw hereby gives notice that she has filed an amended complaint as a matter of course under Fed. R. Civ. P. 15(a)(1). *See ECF No. 44.* A redlined copy of the amended complaint is attached as an exhibit to this notice.

Respectfully submitted this June 26, 2023.

                                                                                              RATHOD | MOHAMEDBHAI LLC

                                                                                              *s/ Azra Taslimi*
                                                                                              Azra Taslimi
                                                                                              Felipe Bohnet-Gomez
                                                                                              2701 Lawrence Street, Suite 100
                                                                                              Denver, CO 80205
                                                                                              (303) 578-4400
                                                                                              at@rmlawyers.com
                                                                                              fbg@rmlawyers.com

                                                                                             *Attorneys for Plaintiff*