IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-00834-DDD-NRN

AMY WARDLAW

    Plaintiff,

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, a municipality;
DAVID PEARSON,
ROGELIO PACHECO; and
GEORGETTE BLACK

    Defendants.

_____

**DEFENDANT DAVID PEARSON'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**
_____

Defendant, **DAVID PEARSON,** by her attorney, **LASATER & MARTIN, P.C.,** and pursuant to Fed. R. Civ. P. 6(b) and D.C.COLO.LCiv 6.1(a) respectfully move this Court for an Order granting a fourteen (14) day extension of time for Defendant to file an Answer or otherwise respond to Plaintiff's Amended Complaint [Doc. 43].

As grounds in support, Defendant states as follows:

**CERTIFICATE OF CONFERRAL**

1.    Pursuant to D.C.COLO.LCivR 7.1(b)(1), undersigned counsel conferred with Plaintiff's counsel, who does not oppose the requested relief.

2. Defendant's responsive pleading to Plaintiff's First Amended Complaint [Doc. 43] is due on July 10, 2023.

3. Plaintiff's First Amended Complaint is forty-six (46) pages long and consists of two hundred and twenty (220) paragraphs with specific allegations and twelve (12) claims for relief against five Defendants. The Amended Complaint adds two new claims against Defendant Pearson.

4. Good cause exists for the enlargement of time. The Amended Complaint was filed on June 26, 2023. As an amended Complaint, the parties are provided with a limited response time of fourteen days to answer or otherwise respond. Fed. R. Civ. P. 15(a)(3). Due to the nature of the newly added claims, additional time is needed to adequately respond. Furthermore, undersigned counsel has been involved in ongoing discovery commitments and mediation in *Feldmann v. City of Denver et al.* 21-cv-00202-CMA-MEH; and briefing in the action *Berryman, et al. v. Niceta,* 23-cv-00285-CNS-NRN. As such, a brief extension of time is requested to provide an answer or other response to the amended complaint.

5. Therefore, Defendant requests an enlargement of time of fourteen (14) days from July 10, through July 24, 2023, to file an answer or other response to the amended complaint.

6. No parties will be prejudiced by this request.

7. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion is being served on Defendant contemporaneously by counsel.

**WHEREFORE,** Defendant **DAVID PEARSON** respectfully requests that this Court enter an Order permitting a 14-day extension of time for Defendant, up to July 24, 2023, to file an answer or other response to the Amended Complaint.

Respectfully submitted this 5th day of July 2023.

                                **LASATER & MARTIN, P.C.**

                                By:  */s/ Peter H. Doherty*                  .
                                      Peter H. Doherty
                                      5251 DTC Parkway
                                      Greenwood Village, CO 80111
                                      Telephone: 303-730-3900
                                      Facsimile: 303-730-3939
                                      E-mail: Peter@LasaterandMartin.com
                                      *Attorney for Defendant David Pearson, in his individual capacity*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEFENDANT DAVID PEARSON'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** was electronically filed using the PACER [CM/ECF] system, on July 5, 2023 and served on the following:

Azra Taslimi, Esq.
Felipe Bohnet-Gomez, Esq.
Rathod Mohamedbhai LLC
2701 Lawrence St., Suite 100
Denver, CO 80205
at@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiffs*

Marni Nathan Kloster, Esq.
Nicholas C. Poppe, Esq.
Nathan Dumm & Mayer, P.C.
7900 E. Union Ave, Suite 600
Denver, CO 80237
MKloster@ndm-law.com
NPoppe@ndm-law.com
*Attorneys for Defendant Town of Olathe*

Jonathan M. Abramson, Esq.
Yulia Nikolaevskaya, Esq.
Kissinger & Fellman P.C.
3773 Cherry Creek North Drive, Suite 900
Denver, CO 80209
jonathan@kandf.com
julie@kandf.com
*Attorneys for Defendant Rogelio Pacheco*

David J. Goldfarb, Esq.
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
djg@bhgrlaw.com
*Attorney for Defendant Georgette Black*

4

5

*s/ Abigail Kinser*