IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      23-CV-00834-DDD-NRN

AMY WARDLAW

    Plaintiff,

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, municipality;
DAVID PEARSON;
ROGELIO PACHECO; and
GEORGETTE BLACK;

    Defendants.

## STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant, Town of Olathe, by and through its attorneys Marni Nathan Kloster and Nicholas C. Poppe of Nathan Dumm & Mayer P. C., hereby submits its Stipulation for Extension of Time to File a Responsive Pleading with supporting authority as follows:

1. The current deadline for the Town to submit a responsive pleading to Plaintiff's Amended Complaint is July 10, 2023.

2. The undersigned conferred with Plaintiff, who stipulated to a twenty-one-day extension of time to file a responsive pleading.

3. The undersigned certifies that he has served a copy of this motion on his client.

4. The Defendants revised deadline to submit a responsive pleading shall be July 31, 2023.

DATED this 5th day of July, 2023.

*s/Nick Poppe*
Marni Nathan Kloster
Nicholas C. Poppe
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
ATTORNEYS FOR DEFENDANT OLATHE

## CERTIFICATE OF SERVICE

      I hereby certify that on 5th day of July, 2023 I electronically filed the foregoing **STIPULATION** using the CM/ECF system which will send notification of such filing to the following:

Azra Taslimi
Felipe Bohnet-Gomez
2701 Lawrence St., Suite 100
Denver, CO 80205
(303) 578-4400 (t)
(303) 578-4401 (f)
at@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiff*

James Kadolph
3800 E Mexico Avenue, Suite 700
Denver, CO 80210
(303) 320-0509
jkadolph@sgrllc.com
*Attorney for Western CO Regional Dispatch Center*

Jonathan M. Abramson, Esq.
Yulia Nikolaevskaya, Esq.
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Drive, Suite 900
Denver, CO 80209
jonathan@kandf.com
julie@kandf.com
(303) 320-6100
*Attorneys for Defendant Pacheco*

Peter H. Doherty
5251 DTC Parkway Suite 800
Greenwood Village, CO 80111
peter@lasaterandmartin.com
(303) 551-6280
*Attorney for Defendant Pearson*

David J. Goldfarb
Berg Hill Greenleaf Ruscitti LLP
1217 Pearl Street
Boulder, CO 80302

djg@bhgrlaw.com
(303) 402-1600
*Attorney for Georgette Black*

                                          *s/Nick Poppe*
                                          Marni Nathan Kloster
                                          Nicholas C. Poppe
                                          Attorneys for Defendant
                                          NATHAN DUMM & MAYER P.C.
                                          7900 E. Union Avenue, Suite 600
                                          Denver, CO 80237-2776
                                          Telephone: (303) 691-3737
                                          Facsimile: (303) 757-5106
                                          MNathan@ndm-law.com
                                          NPoppe@ndm-law.com