IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00834-DDD-NRN

AMY WARDLAW

    Plaintiff(s),

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER,
a governmental entity;
TOWN OF OLATHE, a municipality;
DAVID PEARSON;
ROGELIO PACHECO; and
GEORGETTE BLACK;

    Defendant(s).

---

## ENTRY OF APPEARANCE

---

    M. Shelby Deeney of the law firm of Berg Hill Greenleaf Ruscitti LLP hereby enters her appearance as counsel for the Defendant Georgette Black in the above matter.

    Respectfully submitted this 6th day of July, 2023.

    BERG HILL GREENLEAF RUSCITTI LLP

    *s/ M. Shelby Deeney*
    _____
    David J. Goldfarb
    M. Shelby Deeney
    1712 Pearl Street
    Boulder, CO  80302
    Phone:  (303) 402-1600
    Fax:  (303) 402-1601
    Email:  djg@bhgrlaw.com
           shelby.deeney@bhgrlaw.com

    *Attorneys for Defendant Georgette Black*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Azra B. Taslimi
Felipe S. Bohnet-Gomez
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
at@rmlawyers.com
fbg@rmlawyers.com

Jonathan Abrahamson
Yulia Nikolaevskaya
Kissinger & Fellman, PC
3773 Cherry Creek North Drive, Suite 900
Denver, CO  80209
jonathan@kandf.com
julie@kandf.com

James Kadolph
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, CO  80210
jkadolph@sgrllc.com

Peter H. Doherty
Lasater & Martin, P.C.
8822 S. Ridgeline Blvd., Suite 405
Highlands Ranch, CO  80129
Peter@LasaterandMartin.com

Marni Nathan Kloster
Nicholas C. Poppe
Nathan, Dumm & Mayer, PC
7900 East Union Avenue, Suite 600
Denver, CO 80237
mnathan@nbdmlaw.com
npoppe@ndm-law.com

*s/ Shoshannah Ebersole-Raptor*
_____
Shoshannah Ebersole-Raptor