IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00834-DDD-NRN

AMY WARDLAW

    Plaintiff(s),

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER,
a governmental entity;
TOWN OF OLATHE, a municipality;
DAVID PEARSON;
ROGELIO PACHECO; and
GEORGETTE BLACK;

    Defendant(s).

---

### GEORGETTE BLACK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

---

    Defendant Georgette Black, by and through her undersigned counsel, David J. Goldfarb and M. Shelby Deeney of Berg Hill Greenleaf Ruscitti LLP, and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully requests a fourteen (14) day extension of time, up to and including July 24, 2023, to answer or otherwise respond to Plaintiff's First Amended Complaint and Jury Demand ("First Amended Complaint") (ECF No. 43) as follows:[1]

    1.    On June 26, 2023, the Plaintiff filed her First Amended Complaint, which requires defendants to answer or otherwise respond to the complaint by July 10, 2023.

---

[1] **Certificate of Conferral:** Pursuant to D.C.Colo.LCivR 7.1A., counsel for the Defendant Black has conferred with counsel for Plaintiff, Felipe Bohnet-Gomez, who indicated that Plaintiff does not oppose the relief requested herein.

2. Over the last two weeks, Mr. Goldfarb has been traveling out of town and preparing for depositions in *Mistic v. Idaho Springs, et al.*, and drafting a motion for summary judgment in *Montoya v. City and County of Denver, et al.*, U.S. District Court Case No. 16-cv-01457-JLK-SKC. During this same time, Ms. Deeney has also been traveling, preparing for arraignments, and a Colorado Department of Revenue hearing.

3. Based on the above, an additional 14-day extension of time is, respectfully, needed. This extension would make Ms. Black's response to the First Amended Complaint due on or before July 24, 2023.

4. Ms. Black previously requested a three (3) day extension of time in which to file an Answer or otherwise respond to the Plaintiff's original complaint.

5. The relief requested in this Motion is unopposed and, thus, will not prejudice the Court or any Party, and will not affect the July 25, 2023 Scheduling Conference.

6. Pursuant to D.C.Colo.LCivR 6.1E., a copy of this Motion has been served upon Ms. Black and counsel of record.

WHEREFORE, Defendant Georgette Black respectfully requests that the Court grant this Unopposed Motion for Extension of Time, up to and including July 24, 2023, in which to file an Answer or otherwise respond.

Respectfully submitted this 6th day of July, 2023.

                                        BERG HILL GREENLEAF RUSCITTI LLP

                                        *s/ David J. Goldfarb*

                                        _____
David J. Goldfarb
M. Shelby Deeney
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email: djg@bhgrlaw.com
       shelby.deeney@bhgrlaw.com

*Attorney for Defendant Georgette Black*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2023, I electronically filed the foregoing **GEORGETTE BLACK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Azra B. Taslimi
Felipe S. Bohnet-Gomez
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
at@rmlawyers.com
fbg@rmlawyers.com

James Kadolph
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, CO  80210
jkadolph@sgrllc.com

Marni Nathan Kloster
Nicholas C. Poppe
Nathan, Dumm & Mayer, PC
7900 East Union Avenue, Suite 600
Denver, CO 80237
mnathan@nbdmlaw.com
npoppe@ndm-law.com

Jonathan Abrahamson
Yulia Nikolaevskaya
Kissinger & Fellman, PC
3773 Cherry Creek North Drive, Suite 900
Denver, CO  80209
jonathan@kandf.com
julie@kandf.com

Peter H. Doherty
Lasater & Martin, P.C.
8822 S. Ridgeline Blvd., Suite 405
Highlands Ranch, CO  80129
Peter@LasaterandMartin.com

*s/ Shoshannah Ebersole-Raptor*

Shoshannah Ebersole-Raptor

4