IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-00834-DDD-NRN

AMY WARDLAW

    Plaintiff,

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, a municipality;
DAVID PEARSON,
ROGELIO PACHECO; and
GEORGETTE BLACK

    Defendants.

---

### DEFENDANT DAVID PEARSON'S MOTION TO EXCEED WORD LIMITATION

---

Defendant, **DAVID PEARSON,** by his attorneys, **LASATER & MARTIN, P.C.,** and pursuant to Fed. R. Civ. P. 7(b)(1) respectfully moves this Court for leave to exceed the 4000 word limitation set forth in DDD Practice Standards Civil Actions § III. A. 5 for a Motion to Dismiss.

As grounds in support, Defendant states as follows:

### CERTIFICATE OF CONFERRAL

1. Pursuant to D.C.Colo.LCivR 7.1A., Defendant has conferred with Plaintiff's counsel who opposes the requested relief.

2. Defendant's responsive pleading to Plaintiff's First Amended Complaint [Doc. 43] is due on July 24, 2023.

3. Plaintiff's First Amended Complaint is forty-six (46) pages long and consists of three hundred and fifty six (356) paragraphs with specific allegations and twelve (12) claims for relief against five Defendants. Plaintiff's Amended Complaint alleges an instance of unwelcome physical touching where Plaintiff, a dispatcher with Western Colorado Regional Dispatch Center claims

1

"Officer Pearson wrapped both his arms around Ms. Wardlaw and pressed them onto her breasts." Plaintiff's complaint alleges six constitutional claims against Defendant Pearson for this act.

4. Specifically, the Amended Complaint alleges the following claims for relief, under both the Colorado and federal constitutions:

- 42 U.S.C. § 1983 – Fourteenth Amendment Equal Protection (Against Defendant Pearson) (Fifth Claim for Relief)
- 42 U.S.C. § 1983 – Fourteenth Amendment Substantive Due Process (Against Defendant Olathe and Pearson) (Sixth Claim for Relief)
- 42 U.S.C. § 1983 – Fourth Amendment Unlawful Seizure (Against Defendant Olathe and Pearson (Seventh Claim for Relief)
- C.R.S. § 13-21-131 Colo. Const. Art. II, Section 7 Unlawful Seizure (Against Defendant Olathe and Pearson) (Eighth Claim for Relief)
- C.R.S. § 13-21-131 Colo. Const. Art. II, Section 25 – Due Process (Against Defendant Pearson) (Eleventh Claim for Relief)
- C.R.S. § 13-21-131 Colo. Const. Art. II, Section 3, Section 25, and Section 29 – Equal Protection (Against Defendant Pearson) (Twelfth Claim for Relief)

5. Plaintiff does not assert any common law claims against Defendant Pearson.

6. DDD Practice Standards Civil Actions § III. A. 1. Limits motions and responses to 4000 words in length. Defendant Pearson filed a Motion to Dismiss [Doc. 39] the original Complaint [Doc. 1]. The original complaint included four constitutional claims for relief and the word count for Defendant's Motion to Dismiss, after successive redactions, totaled 3959 words.

7. Plaintiff's Amended Complaint adds two claims of unreasonable seizure against Defendant Pearson, under both the Colorado and state constitutions.

8. To fully analyze the different legal and factual issues of Plaintiff's claims, Defendant requests that the Court grant him a total of 5000 words. The additional word count will allow him to provide a Motion to Dismiss and explain the basis of his arguments, given the unique and limited case law that supports each of these claims. Given the number of claims, effort has been made to

condense the motion and provide a cogent argument regarding the nature of the six constitutional claims and their application to the sexual harassment claim.

9. Defendant respectfully submits that good cause exists for this request.

**WHEREFORE,** Defendant, **DAVID PEARSON,** respectfully requests leave from this Court to file a Motion to Dismiss Plaintiff's First Amended Complaint which is 5000 words in length, as calculated pursuant to this Court's Practice Standard III (A)(1).

Respectfully submitted this 13th day of July 2023.

Respectfully submitted,

**LASATER & MARTIN, P.C.**

By: /s/ *Peter H. Doherty* .
Peter H. Doherty, Esq.
5251 DTC Parkway, Suite 800
Greenwood Village, CO 80111
Telephone: 303-730-3900
Facsimile: 303-730-3939
E-mail: Peter@LasaterandMartin.com
*Attorney for Defendant David Pearson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEFENDANT DAVID PEARSON'S MOTION FOR LEAVE TO EXCEED WORD LIMITATION** was electronically filed on the 13th day of July 2023 using the CM/ECF system and served on the following:

Azra Taslimi, Esq.
Felipe Bohnet-Gomez, Esq.
Rathod Mohamedbhai LLC
2701 Lawrence St., Suite 100
Denver, CO 80205
at@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiffs*

Marni Nathan Kloster, Esq.
Nicholas C. Poppe, Esq.
Nathan Dumm & Mayer, P.C.
7900 E. Union Ave, Suite 600
Denver, CO 80237
MKloster@ndm-law.com
NPoppe@ndm-law.com
*Attorneys for Defendant Town of Olathe*

Jonathan M. Abramson, Esq.
Yulia Nikolaevskaya, Esq.
Kissinger & Fellman P.C.
3773 Cherry Creek North Drive, Suite 900
Denver, CO 80209
jonathan@kandf.com
julie@kandf.com
*Attorneys for Defendant Rogelio Pacheco*

David J. Goldfarb, Esq.
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
djg@bhgrlaw.com
*Attorney for Defendant Georgette Black*

            */s/Abigail Kinser*