IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 23-cv-00834-DDD-NRN | Date:  July 25, 2023 |
| Courtroom Deputy:  Román Villa | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| AMY WARDLAW, | Felipe Bohnet-Gomez |
| Plaintiff, | |
| v. | |
| WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity; | Eric Ziporin<br>James Kadolph |
| TOWN OF OLATHE, a municipality; | Marni Kloster |
| DAVID PEARSON; | Peter Doherty |
| ROGELIO PACHECO; and | Jonathan Abramson |
| GEORGETTE BLACK, | DJ Goldfarb |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**11:03 a.m.    Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before August 14, 2023.

Joinder of Parties/Amendment to Pleadings: September 8, 2023

Discovery Cut-off: April 19, 2024

Dispositive Motions Deadline: May 27, 2024

Each side shall be limited to 10 depositions, excluding experts.
For fact witnesses, depositions shall not exceed 7 hours for parties, all other fact depositions are limited to 4 hours.  For retained experts, depositions shall not exceed 7 hours.

With respect to Defendant Western Colorado, Plaintiff shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission. Defendant Western Colorado shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.

With respect to Defendants Town of Olathe, David Pearson, Rogelio Pacheco and Georgette Black, Plaintiff shall be limited to 35 interrogatories, 35 requests for production, and 35 requests for admission, to be allocated as Plaintiff sees fit. Defendants Town of Olathe, David Pearson, Rogelio Pacheco and Georgette Black shall be limited to 35 interrogatories, 35 requests for production, and 35 requests for admission, collectively, to be allocated as they see fit.

Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to 3 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: December 15, 2023
Disclosure of Rebuttal Experts: February 16, 2024
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Telephonic Status Conference** is set for December 6, 2023, at 10:30 a.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line (888) 398-2342, Access Code 5755390# to participate.**

**Trial:** Judge Domenico's Chambers will generally contact the parties to set a trial date and Final Pretrial Conference/Trial Preparation Conference date(s) after the dispositive motions deadline has passed and the Court has issued rulings on all such motions.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov  **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**
**11:29 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:25
*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.