IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      23-CV-00834-DDD-NRN

AMY WARDLAW

    Plaintiff,

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, municipality;
DAVID PEARSON;
ROGELIO PACHECO; and
GEORGETTE BLACK;

    Defendants.

**JOINT MOTION TO CONFIRM RULE 702/704 MOTION DEADLINES**

The parties, by and through their respective attorneys, have conferred and all wish to make certain the applicable deadline for the filing of any Rule 702 or 704 motions in this case. In that regard, the parties respectfully state as follows:

1. The parties have conferred and all agree with this Motion and the relief requested therein.

2. The proposed Scheduling Order filed included reference to a proposal made by one of the Defendants that the deadline for Rule 702 and 704 motions be the same as the dispositive motion deadline, which was identified as May 27, 2024.

3. The Scheduling Order ultimately approved did not specifically comment one way or the other on that proposal.

4. Judge Domenico's practice standards discuss the filing of Rule 702 motions and note that if "a deadline for filing such motions is not set at the scheduling conference, such motions

shall be filed thirty days after the deadline of disclosure of rebuttal expert witnesses." DDD(c)(iv) P.S. III(F)(4).

5. While the parties all agree with the May 27, 2024 deadline proposed in the Scheduling Order, in an abundance of caution, to insure that the parties are all operating with an accurate date in mind, the parties hereby request confirmation and/or amendment to confirm the May 27, 2024 deadline for filing of Rule 702 and 704 motions. Should the Court prefer the default deadline in the practice standards or some other deadline, the parties request the Court identify such.

6. The parties believe that good cause exists for the proposed date noted in the Scheduling Order and that confirmation of that deadline will not result in improper delay or prejudice.

WHEREFORE, the parties respectfully request that this Court confirm the date for Rule 702 and 704 motions to be filed.

*s/Marni Nathan Kloster*
Marni Nathan Kloster
Nicholas C. Poppe
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
ATTORNEYS FOR DEFENDANT TOWN OF OLATHE

-AND-

2

*s/Felipe Bohnet-Gomez*
Azra Taslimi
Felipe Bohnet-Gomez
RATHOD MOHAMEDBHAI LLC
2701 Lawrence St., Suite 100
Denver, CO 80205
(303) 578-4400 (t)
(303) 578-4401 (f)
at@rmlawyers.com
fbg@rmlawyers.com
Attorneys for Plaintiff

-AND-

*/s Eric Ziporin*
Eric Ziporin
James Kadolph
SGR, LLC
3800 E Mexico Avenue, Suite 700
Denver, CO 80210
(303) 320-0509
jkadolph@sgrllc.com
Attorney for Western CO Regional Dispatch Center

-AND-

*/s Yulia Nikolaevskaya*
Jonathan M. Abramson
Yulia Nikolaevskaya
KISSINGER & FELLMAN, P.C.
3773 Cherry Creek N. Drive, Suite 900
Denver, CO 80209
jonathan@kandf.com
julie@kandf.com
(303) 320-6100
Attorneys for Defendant Pacheco

-AND-

3

/s Peter H. Doherty
Peter H. Doherty
LASATER & MARTIN PC
5251 DTC Parkway Suite 800
Greenwood Village, CO 80111
peter@lasaterandmartin.com
(303) 551-6280
Attorney for Defendant Pearson

-AND-

s/David J. Goldfarb
David J. Goldfarb
BERG HILL GREENLEAF RUSCITTI LLP
1217 Pearl Street
Boulder, CO 80302
djg@bhgrlaw.com
(303) 402-1600
Attorney for Georgette Black

4

CERTIFICATE OF SERVICE

   I hereby certify that on 31st day of July, 2023 I electronically filed the foregoing **JOINT MOTION TO CONFIRM RULE 702/704 MOTION DEADLINES** using the CM/ECF system which will send notification of such filing to the following:

Azra Taslimi
Felipe Bohnet-Gomez
2701 Lawrence St., Suite 100
Denver, CO 80205
(303) 578-4400 (t)
(303) 578-4401 (f)
at@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiff*

James Kadolph
3800 E Mexico Avenue, Suite 700
Denver, CO 80210
(303) 320-0509
jkadolph@sgrllc.com
*Attorney for Western CO Regional Dispatch Center*

Jonathan M. Abramson, Esq.
Yulia Nikolaevskaya, Esq.
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Drive, Suite 900
Denver, CO 80209
jonathan@kandf.com
julie@kandf.com
(303) 320-6100
*Attorneys for Defendant Pacheco*

Peter H. Doherty
5251 DTC Parkway Suite 800
Greenwood Village, CO 80111
peter@lasaterandmartin.com
(303) 551-6280
*Attorney for Defendant Pearson*

David J. Goldfarb
Berg Hill Greenleaf Ruscitti LLP
1217 Pearl Street
Boulder, CO 80302

djg@bhgrlaw.com
(303) 402-1600
*Attorney for Georgette Black*

                                              *s/Marni Nathan Kloster*
                                              Marni Nathan Kloster
                                              Nicholas C. Poppe
                                              Attorneys for Defendant
                                              NATHAN DUMM & MAYER P.C.
                                              7900 E. Union Avenue, Suite 600
                                              Denver, CO 80237-2776
                                              Telephone: (303) 691-3737
                                              Facsimile: (303) 757-5106
                                              MNathan@ndm-law.com
                                              NPoppe@ndm-law.com