**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-00834-DDD-NRN

AMY WARDLAW,

    Plaintiff,

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, municipality;
DAVID PEARSON;
ROGELIO PACHECO; and
GEORGETTE BLACK,

    Defendants.

---

**ENTRY OF APPEARANCE**

---

**COURTNEY B. KRAMER** of **SGR, LLC** hereby enters her appearance on behalf of Defendant **WESTERN COLORADO REGIONAL DISPATCH CENTER**.

Respectfully submitted,

*s/ Courtney B. Kramer*
Courtney B. Kramer
**SGR, LLC**
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Telephone:  (303) 320-0509
Email:  ckramer@sgrllc.com
*Attorney for Defendant Western Colorado Regional Dispatch Center*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of August, 2023, I electronically filed a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

at@rmlawyers.com
fbg@rmlawyers.com
Azra Taslimi
Felipe Bohnet-Gomez
RATHOD | MOHAMEDBHAI LLC
*Counsel for Plaintiff Amy Wardlaw*

mkloster@ndm-law.com
npoppe@ndm-law.com
Marni Nathan Kloster
Nicholas Christaan Poppe
*Counsel for Defendant Town of Olathe*

peter@lasaterandmartin.com
Peter H. Doherty
Lasater & Martin, P.C.
*Counsel for Defendant David Pearson*

jonathan@kandf.com
julie@kandf.com
Jonathan Marshall Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
*Counsel for Defendant Rogelio Pacheco*

djg@bhgrlaw.com
shelby.deeney@bhgrlaw.com
David James Goldfarb
M. Shelby Deeney
Berg Hill Greenleaf & Ruscitti LLP
*Counsel for Defendant Georgette Black*

*s/ Carol J. Kelly*
Legal Secretary

2