## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00834-DDD-NRN

AMY WARDLAW,

Plaintiff,

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, a municipality;
DAVID PEARSON;
ROGELIO PACHECO; and
GEORGETTE BLACK;

Defendants.

---

**Plaintiff's Unopposed Motion for Extensions of Time to Respond to Defendants Pacheco, Pearson, and Black's Motions to Dismiss**

---

Plaintiff Amy Wardlaw, through her counsel, moves the Court for extensions of time to respond to the Motions to Dismiss filed by Defendants Pacheco [ECF No. 60], Pearson [ECF No. 61], and Black [ECF No. 62], through and including August 21, 2023. In support, Plaintiffs states:

1.     **[Certificate of Conferral Pursuant to D.C.COLO.LCivR 7.1(a)]**. Plaintiff's counsel conferred with counsel for Defendants Pacheco, Pearson, and Black regarding this Motion. Counsel for Defendants Pacheco, Pearson, and Black do not object to the relief requested.  This Motion is therefore unopposed.

2.     Defendant Pacheco filed a Motion to Dismiss on August 21, 2023. [ECF No. 60]. Defendants Pearson, and Black each filed a Motions to Dismiss on August 24, 2023. [ECF Nos. 61 & 62]. In addition, Defendant Olathe filed a Motion to Dismiss on August 31, 2023 [ECF No.

65].

3.      Plaintiff's responses to these motions are currently due as follows:

- Pacheco Motion to Dismiss: August 11, 2023

- Pearson Motion to Dismiss: August 14, 2023

- Black Motion to Dismiss:  August 14, 2023

- Olathe Motion to Dismiss: August 21, 2023

4.      Plaintiff requests a brief extension of 10 days to respond to the Pacheco motion, and extensions of 7 days to respond to the Pearson and Black motions, such that all Plaintiff's responses to the pending motions to dismiss will be due on August 21, 2023.

5.      An extension of time is needed due to work conflicts that have prevented Plaintiff's counsel from completing the responses, as well as because each of the Defendants' motions raise substantially overlapping legal issues, making it appropriate that they be submitted at the same time.

6.      This extension is requested for good cause and not made for any improper or dilatory purpose.  Defendants Pacheco, Pearson, and Black do not object to the extension and will not be prejudiced by it.

7.      This is Plaintiff's first request for an extension of this deadline.

8.      Previously, the deadlines for Defendants Pacheco, Pearson, and Black to respond to Plaintiff's Amended Complaint were extended 14 days by motion [ECF Nos. 45, 48-52]. Plaintiff stipulated to a 21-day extension of Defendant Olathe's deadline. [ECF No. 46].

9.      The requested extensions will not affect any discovery deadlines in this case, and no trial dates have been set.

10.     Undersigned counsel certify that they will contemporaneously serve a copy of this

request for extension on Plaintiff, pursuant to D.C.COLO.LCivR 6.1.

Respectfully submitted,

_s/ Felipe Bohnet-Gomez_
Felipe Bohnet-Gomez
Azra Taslimi
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
fbg@rmlawyers.com
at@rmlawyers.com

*Counsel for Plaintiff*