**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-00834-DDD-NRN

AMY WARDLAW,

      Plaintiff,

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, municipality;
DAVID PEARSON
ROGELIO PACHECO, and
GEORGETTE BLACK,

      Defendants.

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER
CONCERNING CONFIDENTIAL INFORMATION**

The parties, through their respective undersigned counsel, jointly move the Court for the entry of a Protective Order pursuant Fed.R.Civ.P. 26(c), concerning the treatment of Confidential Information. As grounds therefor, the parties state as follows:

1.    This case stems from the employment of Plaintiff Amy Wardlaw and other conduct which resulted in a police investigation. Certain documents in this matter contain information protected by a privacy interest recognized in federal court which may create privacy or other concerns if widely disseminated.

2.    Such documents are regularly produced and marked as confidential under a protective order. Accordingly, the parties wish to enter a protective order to facilitate the exchange of discovery. Because the parties may later disagree about whether a particular document is subject

to confidentiality, the proposed Protective Order contains a dispute resolution process to address this possibility.

3.  For the above reasons, the parties have mutually agreed that the production of certain documents in this case should be subject to the Protective Order and protected from public dissemination.

4.  The parties respectfully request the accompanying Protective Order (attached as **Exhibit A**) be entered by this Court to govern the handling of all "Confidential Information" produced in this litigation. The parties have tailored the proposed Protective Order to meet what the parties believe are the needs of the case.

**WHEREFORE**, for the foregoing reasons, the parties respectfully request this Court enter the attached Protective Order as an Order of this Court.

| **RATHOD | MOHAMEDBHAI LLC** | **SGR, LLC** |
|---|---|
| *s/ Azra Taslimi* | *s/ Courtney B. Kramer* |
| Azra Taslimi | Courtney B. Kramer |
| Felipe Bohnet-Gomez | 3900 E. Mexico Ave., Suite 700 |
| 2701 Lawrence St., Suite 100 | Denver, CO 80210 |
| Denver, CO 80205 | T: 303-320-0509 |
| T: 303-578-4400 | Email: ckramer@sgrllc.com |
| Email: at@rmlawyers.com | |
| fbg@rmlawyers.com | *s/ James T. Kadolph* |
| *Counsel for Plaintiff Amy Wardlaw* | James T. Kadolph |
| | 3900 E. Mexico Ave., Suite 700 |
| | Denver, CO 80210 |
| | T: 303-320-0509 |
| | Email: jkadolph@sgrllc.com |
| | *Counsel for Defendant WCRDC* |

| **Nathan Dumm & Mayer PC** | **Kissinger & Fellman, P.C.** |
|---|---|
| *s/ Marni Nathan Kloster* | *s/ Yulia Nikolaevskaya* |
| Marni Nathan Kloster | Jonathan Marshall Abramson |
| Nicholas Christaan Poppe | Yulia Nikolaevskaya |
| 7900 East Union Avenue | 3773 Cherry Creek North Drive |
| Denver Corporate Center III, Suite 600 | Ptarmigan Place, Suite 900 |
| Denver, CO 80237-2776 | Denver, CO 80209 |
| T: 303-691-3737 | T: 303-320-6100 |
| Email: mkloster@ndm-law.com | Email: jonathan@kandf.com |
| npoppe@ndm-law.com | julie@kandf.com |
| *Counsel for Defendant Town of Olathe* | *Counsel for Defendant Rogelio Pacheco* |

| **Lasater & Martin, P.C.** | **Berg Hill Greenleaf & Ruscitti LLP** |
|---|---|
| *s/ Peter H. Doherty* | *s/ David J. Goldfarb* |
| Peter H. Doherty | David James Goldfarb |
| 5251 DTC Parkway, Suite 800 | M. Shelby Deeney |
| Greenwood Village, CO 80111 | 1712 Pearl Street |
| T: 303-730-3900 | Boulder, CO 80302 |
| Email: peter@lasaterandmartin.com | T: 303-402-1600 |
| *Counsel for Defendant David Pearson* | Email: djg@bhgrlaw.com |
| | shelby.deeney@bhgrlaw.com |
| | *Counsel for Defendant Georgette Black* |