IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00834-DDD-NRN

AMY WARDLAW,

Plaintiff,

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, municipality;
DAVID PEARSON;
ROGELIO PACHECO; and
GEORGETTE BLACK;

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that the Joint Motion for Entry of Protective Order Concerning Confidential Information (Dkt. #71) is GRANTED. The proposed Stipulated Protective Order (Dkt. #71-1) is APPROVED with the changes at page 5 and made an Order of Court.

Date: August 16, 2023