**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

*Civil Action No.: 23-cv-00834-DDD-NRN*

AMY WARDLAW,

    Plaintiff,

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity,
TOWN OF OLATHE, a municipality,
DAVID PEARSON,
ROGELIO PACHECO, and
GEORGETTE BLACK,

    Defendants.

**DEFENDANT PACHECO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND JURY DEMAND**

Defendant Rogelio Pacheco ("Chief Pacheco"), by and through counsel of record, Jonathan M. Abramson, Esq. and Yulia Nikolaevskaya, Esq., of Kissinger & Fellman, P.C., hereby files this Unopposed Motion for Extension of Time to Reply in Support of Motion to Dismiss Plaintiff's First Amended Complaint and Jury Demand. In support thereof, Chief Pacheco states as follows.

**CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)**

Undersigned counsel for Chief Pacheco certifies that on August 29, 2023, Yulia Nikolaevskaya emailed counsel for Plaintiff, Felipe Bohnet-Gomez, Esq., to confer on Plaintiff's position in response to Chief Pacheco's request for a 2-week extension of time to file a reply in support of his Motion to Dismiss Plaintiff's First Amended Complaint and Jury Demand (ECF 60). Mr. Bohnet-

1

Gomez responded by email on August 29, 2023 indicating Plaintiff is unopposed to the relief requested herein.

## MOTION

1. Chief Pacheco filed a Motion to Dismiss Plaintiff's First Amended Complaint and Jury Demand (ECF 60) ("Motion to Dismiss") on July 21, 2023.

2. Plaintiff filed a Response (ECF 77) to the Motion to Dismiss on August 21, 2023.

3. Chief Pacheco's deadline to reply to the Response is September 5, 2023.

4. In addition to working on timely replying to Plaintiff's Response and the general press of business, counsel for Chief Pacheco are also engaged in (i) drafting a Reply Brief in *Arroyo, et al. v. Privett, et al.*, U.S. Court of Appeals for the Tenth Circuit, Case Nos. 22-1307, 22-1309 and 22-1310; (ii) drafting an Answer to Amended Complaint in *Bellairs-Reed v. Estate of Adam Reihl, et al.*, Douglas County District Court, Case No. 2023CV030383; (iii) preparing for and defending depositions and drafting a Reply in Support of Motion for Summary Judgment in *DeLeon v. Altman, et al.*, Denver County District Court, Case No. 2022CV33125; and (iv) preparing for and defending depositions in *Elias v. Loveland, et al.*, U.S. District Court for the District of Colorado, Civil Action No. 22-cv-00644-RMR-SBP.

5. This is Chief Pacheco's first request for an extension of time related to filing a reply in support of his Motion to Dismiss.

6. No party will be prejudiced by the extension of time to file a reply in support of Motion to Dismiss.

7. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel for Chief Pacheco certify that a copy of this Motion has been provided to Chief Pacheco.

WHEREFORE, Defendant Rogelio Pacheco respectfully requests a 2-week extension of time, up to and including September 19, 2023, within which to file a Reply in Support of Motion to Dismiss Plaintiff's First Amended Complaint and Jury Demand.

Dated: August 29, 2023

        KISSINGER & FELLMAN, P.C.
        *s/ **Jonathan M. Abramson***
        Jonathan M. Abramson
        Yulia Nikolaevskaya
        3773 Cherry Creek North Drive, Suite 900
        Denver, Colorado 80209
        Phone: 303-320-6100 Fax: 303-327-8601
        Email: jonathan@kandf.com
               julie@kandf.com
        *Attorneys for Defendant Rogelio Pacheco*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Azra Taslimi, Esq. [at@rmlawyers.com]
Felipe Bohnet-Gomez, Esq. [fbg@rmlawyers.com]
*ATTORNEYS FOR PLAINTIFF*

Marni Nathan Kloster, Esq. [MKloster@ndm-law.com]
Nicholas C. Poppe, Esq. [NPoppe@ndm-law.com]
*ATTORNEYS FOR DEFENDANT TOWN OF OLATHE*

James Kadolph, Esq. [jkadolph@sgrllc.com]
*ATTORNEY FOR DEFENDANT WESTERN COLORADO REGIONAL DISPATCH CENTER*

David J. Goldfarb, Esq. [djg@bhgrlaw.com]
M. Shelby Deeney, Esq. [shelby.deeney@bhgrlaw.com]
*ATTORNEY FOR DEFENDANT GEORGETTE BLACK*

Peter H. Doherty, Esq. [peter@lasaterandmartin.com]
*ATTORNEY FOR DEFENDANT DAVID PEARSON*

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

Rogelio Pacheco, Defendant
(c/o Kissinger & Fellman, P.C.; Attn: Jonathan Abramson; jonathan@kandf.com)

*s/ Elizabeth Jackson*
Elizabeth Jackson, Paralegal
Kissinger & Fellman, P.C.