IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00834-DDD-NRN

AMY WARDLAW

      Plaintiff(s),

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a
governmental entity;
TOWN OF OLATHE, a municipality;
DAVID PEARSON;
ROGELIO PACHECO; and
GEORGETTE BLACK;

      Defendant(s).

---

**GEORGETTE BLACK'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

---

Defendant Georgette Black, by and through her undersigned counsel, David J. Goldfarb

and M. Shelby Deeney of Berg Hill Greenleaf Ruscitti LLP, and pursuant to Fed. R. Civ. P.

6(b)(1), respectfully request a two-week extension of time, up to and including September 19,

2023, to file a reply in support of their Motion to Dismiss ("Motion") (#62), as follows:[1]

---

[1] **<u>Certificate of Conferral:</u>**  Pursuant to D.C.Colo.LCivR 7.1A., counsel for the Defendant Black has conferred with counsel for Plaintiff, Felipe Bohnet-Gomez, who indicated that Plaintiff <u>does not</u> oppose the relief requested herein.

1.      Ms. Black filed her Motion on July 24, 2023. After an extension of time, Plaintiff responded to the Motion on August 21, 2023, rendering September 5, 2023 as Ms. Black's deadline to reply.

2.      However, more time is necessary to file the reply.  Counsel for Ms. Black have had numerous other deadlines that they are working on leading up to September 5, 2023; namely: (1) Oral Argument preparation in *Sanchez, et al. v. Guzman, et al.*, U.S. Court of Appeals for the Tenth Circuit, Case No. 22-1322; (2) dispositive motion briefing in *Mistic v. Hanning, et al.,* U.S. District Court, Case No. 21-cv-02545-DDD-STV; and (3) discovery review, negotiations with district attorneys, and preparations for arraignments and preliminary hearings in numerous state court and municipal criminal cases.

3.      This short extension of time will not prejudice Plaintiff, especially given the fact that this motion is unopposed.

4.      Pursuant to D.C.COLO.LCivR 6.1, a copy of this motion is being provided to Ms. Black.

WHEREFORE, for good cause shown, Defendant Georgette Black respectfully requests that the Court grant this Unopposed Motion for Extension of Time, up to and including September 19, 2023, within which to file her Reply in support of the Motion to Dismiss and grant any other relief this Court deems appropriate.

Respectfully submitted this 30th day of August, 2023.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ David J. Goldfarb*

_____

David J. Goldfarb
M. Shelby Deeney
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email: djg@bhgrlaw.com
         shelby.deeney@bhgrlaw.com

*Attorneys for Defendant Georgette Black*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of August, 2023, I electronically filed the foregoing **GEORGETTE BLACK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Azra Taslimi
Felipe S. Bohnet-Gomez
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
at@rmlawyers.com
fbg@rmlawyers.com

Marni Nathan Kloster
Nicholas C. Poppe
Nathan, Dumm & Mayer, PC
7900 East Union Avenue, Suite 600
Denver, CO 80237
mkloster@ndm-law.com
npoppe@ndm-law.com

Jonathan Abrahamson
Julia Nikolaevskaya
Kissinger & Fellman, PC
3773 Cherry Creek North Drive, Suite 900
Denver, CO 80209
jonathan@kandf.com
julie@kandf.com

Peter H. Doherty
Lasater & Martin, P.C.
5251 DTC Parkway
Suite 800
Greenwood Village, CO 80111
Peter@LasaterandMartin.com

Eric M. Ziporin
Courtney B. Kramer
James Kadolph
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, CO 80210
eziporin@sgrllc.com
ckramer@sgrllc.com
jkadolph@sgrllc.com

*s/ Cheryl Stasiak*

_____
Cheryl Stasiak