IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-00834-DDD-NRN

AMY WARDLAW

    Plaintiff,

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, a municipality;
DAVID PEARSON,
ROGELIO PACHECO; and
GEORGETTE BLACK

    Defendants.

_____

**DEFENDANT DAVID PEARSON'S MOTION FOR ENLARGEMENT OF TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND JURY DEMAND**
_____

Defendant, **DAVID PEARSON,** by her attorney, **LASATER & MARTIN, P.C.,** and pursuant to Fed. R. Civ. P. 6(b) and D.C.COLO.LCiv 6.1(a) respectfully move this Court for an Order granting a seven (7) day extension of time for Defendant to file a Reply in Support of Motion to Dismiss [Doc. 61].

As grounds in support, Defendant states as follows:

<u>**CERTIFICATE OF CONFERRAL**</u>

1.    Pursuant to D.C.COLO.LCivR 7.1(b)(1), undersigned counsel conferred with Plaintiff's counsel, who does not oppose the requested relief.

2. Defendant filed his Motion to Dismiss Plaintiff's First Amended Complaint [Doc. 61] on July 24, 2023. Plaintiff filed her Response to Defendant's Motion to Dismiss [Doc. 76] on August 21, 2023 making Defendant's Reply due on September 5, 2023.

3. Good cause exists for the enlargement of time. Undersigned counsel has been involved in ongoing discovery commitments and depositions in *Morton v. Town of Firestone et al.* 23-cv-00584-NYW-NRN; and appellate briefing in the action *Berryman, et al. v. Niceta,* 23-cv-00285-CNS-NRN.  As such, a brief extension of time is requested to provide a Reply in Support of Motion to Dismiss.

4. Therefore, Defendant requests an enlargement of time of seven (7) days from September 5,2023, through September 12, 2023, to file his Reply in Support of Motion to Dismiss.

5. No parties will be prejudiced by this request.

6. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion is being served on Defendant contemporaneously by counsel.

**WHEREFORE,** Defendant **DAVID PEARSON** respectfully requests that this Court enter an Order permitting a 7-day extension of time for Defendant, up to September 12, 2023, to file an answer or other response to the Amended Complaint.

Respectfully submitted this 30th day of August 2023.

3

**LASATER & MARTIN, P.C.**

By: */s/ Peter H. Doherty*                .
      Peter H. Doherty
      5251 DTC Parkway
      Greenwood Village, CO 80111
      Telephone: 303-730-3900
      Facsimile: 303-730-3939
      E-mail: Peter@LasaterandMartin.com
      *Attorney for Defendant David Pearson, in his individual capacity*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **MOTION FOR ENLARGEMENT OF TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND JURY DEMAND** was electronically filed using the PACER [CM/ECF] system, on August 30, 2023 and served on the following:

Azra Taslimi, Esq.
Felipe Bohnet-Gomez, Esq.
Rathod Mohamedbhai LLC
2701 Lawrence St., Suite 100
Denver, CO 80205
at@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiffs*

Marni Nathan Kloster, Esq.
Nicholas C. Poppe, Esq.
Nathan Dumm & Mayer, P.C.
7900 E. Union Ave, Suite 600
Denver, CO 80237
MKloster@ndm-law.com
NPoppe@ndm-law.com
*Attorneys for Defendant Town of Olathe*

Jonathan M. Abramson, Esq.
Yulia Nikolaevskaya, Esq.
Kissinger & Fellman P.C.
3773 Cherry Creek North Drive, Suite 900
Denver, CO 80209
jonathan@kandf.com
julie@kandf.com
*Attorneys for Defendant Rogelio Pacheco*

David J. Goldfarb, Esq.
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
djg@bhgrlaw.com
*Attorney for Defendant Georgette Black*

4

5

*s/ Abigail Kinser*