IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00834-DDD-NRN

AMY WARDLAW,

Plaintiff,

v.

WESTERN COLORADO REGIONAL DISPATCH CENTER, a governmental entity;
TOWN OF OLATHE, municipality;
DAVID PEARSON;
ROGELIO PACHECO; and
GEORGETTE BLACK;

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    Due to an unavoidable conflict on Judge Neureiter's calendar, it is hereby ORDERED that the Status Conference set on December 6, 2023 at 10:30 a.m. is VACATED and RESET to December 19, 2023 at 3:00 p.m. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date: October 4, 2023